PROBATION FORM NO. 35                Report and Order Terminating Probation/
(DSC 8/17)                Supervised Release
               Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Martinez Holmes | ) | Crim. No. 2:09CR00582-1 |

On October 7, 2010, the above-named individual was sentenced to a five (5) year term of supervised release. The term of supervision commenced on September 25, 2020. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c).

Respectfully submitted,

Matthew B. Johnson
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  7th  day of  October , 20 22 .

Bruce H. Hendricks
United States District Judge